IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                             No. 4:06CR00106-01 JLH

FRANZ JOSEPH GREY                                                           DEFENDANT

**ORDER**

Franz Joseph Grey has filed a motion for early termination of supervision, to which the government has objected. The Court may, after considering the relevant factors in 18 U.S.C. § 3553(a), terminate a term of supervised release and discharge the defendant released any time after the expiration of one year of supervised release if the Court is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice. 18 U.S.C. § 3583(e)(1).

Grey was convicted of possession of fifteen access devices and was sentenced to twenty-six months imprisonment to be followed by three years of supervised release, restitution in the amount of $25,000, and a $100 special assessment fee. Supervision began on October 26, 2010. He has had no violations during the two years that he has been on supervised release. He owes restitution in the amount of $24,382.34. The three years of supervised release was the maximum allowable under the statute of conviction. While Grey continues to owe a substantial amount of restitution, he has maintained compliance with the conditions of his release for more than two years. Considering all of the relevant factors under section 3553(a), the Court concludes that early termination of supervised release is warranted by the conduct of the defendant and is in the interest of justice. Grey's term of supervised release is therefore terminated, and Grey is discharged. Document #139.

IT IS SO ORDERED this 11th day of December, 2012.

———————————————————
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE